| | | |
|---|---|---|
| Shevone Bass, | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | Civil Action H-05-2740 |
| | § | |
| Montgomery County Sheriff's | § | |
| Department, et al, | § | |
| *Defendants.* | § | |

## Order

The unopposed motion for substitution of attorney (Dkt. 6) is granted.  Patricia L.

Hayden is substituted as counsel in charge for Defendant, W.B. Rogers.

Signed on OCTOBER 3, 2005, at Houston, Texas.

Stephen Wm Smith
United States Magistrate Judge